779 A.2d 426

IN THE MATTER OF JOHN JAY PERRONE, AN ATTORNEY AT LAW.

Decided September 18, 2001.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOHN JAY PERRONE** of **RED BANK,** who was admitted to the bar of this State in 1984, and who has been suspended from the practice of law since February 23, 2000, pursuant to Orders of this Court filed February 23, 2000, and July 18, 2001, be restored to the practice of law, effective immediately.